IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| G-S-, <br><br> Plaintiff, <br><br> v. <br><br> DREW BOSTOCK, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO");TODD LYONS, Enforcement ("ICE"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); U.S. DEPARTMENT OF HOMELAND SECURITY; <br><br> Defendant. <br> _____ | Civ. No. 6:25-cv-01087-AA <br><br> JUDGMENT |

AIKEN, Ann L.:

Pursuant to the Joint Statement of Venue, ECF 11, the Court orders the Clerk of the Court to immediately transfer this matter to the Western District of Washington.

IT IS SO ORDERED.

DATED this 3rd day of July 2025.

_____/s/ Ann L. Aiken_____
Ann L. Aiken
Senior United States District Judge

1 –JUDGEMENT